HOFFMANN,
*Plaintiff,*
*and*

ROTH,
*Appellant,*

*v.*

STOLL et al,
*Respondents.*

(8611-07067; CA A44238)

748 P2d 180

Stuart K. Cohen, Portland, argued the cause for appellant. With him on the briefs were Timothy E. Brophy and Bernard, Kneeland, Crawford & Brophy, Portland.

Thomas M. Christ, Portland, argued the cause for respondent Delbert Stoll. With him on the brief was Mitchell, Lang & Smith, Portland.

Thomas W. Brown, Portland, argued the cause for respondent Richard W. Hagadorn. With him on the brief was Cosgrave, Kester, Crowe, Gidley & Lagesen, Portland.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Affirmed. *Saechao v. Matsakoun,* 78 Or App 340, 717 P2d 165, *rev dismissed* 302 Or 155 (1986).

Newman, J., dissenting.

**NEWMAN, J.,** dissenting.

I dissent for the reasons stated by Warren, J., in his dissent in *Saechao v. Matsakoun,* 78 Or App 340, 348, 717 P2d 165, *rev dismissed* 302 Or 155 (1986).